Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:18-cv-02087 |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| NEW EAST FRONTIERS, INC., | |
| Defendant. | |

The parties stipulate and agree to dismiss the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 11th day of November, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff


/s/ Rick Morin
Rick Morin
Attorneys for Defendant