1  Peter Kristofer Strojnik, State Bar No. 242728
   pstrojnik@strojniklaw.com
2  **THE STROJNIK FIRM LLC**
3  Esplanade Center III, Suite 700
   2415 East Camelback Road
4  Phoenix, Arizona 85016
   Telephone:  (602) 510-9409
5  Facsimile:   (602) 865-7788

6
7  Attorneys for Plaintiff THERESA BROOKE

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10 THERESA BROOKE, a married woman
11 dealing with her sole and separate claim,       Case No: 2:18-cv-02087

12                 Plaintiff,                       **STIPULATION OF DISMISSAL**
                                                    **WITH PREJUDICE; ORDER**
13                                                  **THEREON**
14 vs.

15 NEW EAST FRONTIERS, INC.,

16                 Defendant.

17
18        The parties stipulate and agree to dismiss the above action with prejudice, with
19 each party to bear her/its own costs and attorneys' fees.

20        RESPECTFULLY SUBMITTED this 11th day of November, 2018.
21
22                                        /s/ Peter Kristofer Strojnik
23                                        Peter Kristofer Strojnik
                                          Attorneys for Plaintiff
24
25                                        /s/ Rick Morin
26                                        Rick Morin
                                          Attorneys for Defendant
27
28

**ORDER**

Upon the Stipulation of Dismissal with Prejudice and good cause shown, the the above action is hereby dismissed with prejudice in its entirety; each party to bear their own fees and costs. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 14, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE